No. 99–1152. HOPE CLINIC ET AL. *v.* RYAN, ATTORNEY GENERAL OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stenberg* v. *Carhart, ante,* p. 914.

No. 99–1156. PLANNED PARENTHOOD OF WISCONSIN ET AL. *v.* DOYLE, ATTORNEY GENERAL OF WISCONSIN, ET AL.; and
No. 99–1177. CHRISTENSEN ET AL. *v.* DOYLE, ATTORNEY GENERAL OF WISCONSIN, ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Stenberg* v. *Carhart, ante,* p. 914. Reported below: 195 F. 3d 857.

No. 99–7890. GREEN *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dickerson* v. *United States, ante,* p. 428.

No. 99–8176. JONES *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey, ante,* p. 466.

No. 99–9268. ROCHON *v.* LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.